**PROB 12C**
**(7/93)**

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Zachary Turner

**Docket Number:** 04-00188-001
**PACTS Number:** 39040

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/17/2005

**Original Offenses:** Interference with Commerce by Threat (two counts) and Mail Fraud

**Original Sentence:** 30 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 01/18/08

**Assistant U.S. Attorney:** Phillip Kwon, 970 Broad Street, Room 502 Newark, New Jersey 07102; (973) 645-2700

**Defense Attorney:** Henry Klingeman, Esq., 744 Broad Street, Newark, New Jersey 07102; 973/424-9777

## PETITIONING THE COURT

[ ] To issue a warrant
[X ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** On January 5, 2011, the Essex County Sheriff's Office arrested Turner and charged him with Theft by Extortion. |
| 2. | The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'** On January 5, 2011, Turner was arrested, and he did not notify the probation officer within 72 hours. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 1/13/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 2/25/11 @ 11:30 a.m.
[ ] Other

Signature of Judicial Officer

1/14/11
Date